■ In the Matter of RICHARD M. TILKER (Admitted as RICHARD MARK TILKER), a Disbarred Attorney. [759 NYS2d 651] —Peti-

tion for reinstatement granted on condition that petitioner take and pass the New York State Bar Examination, and upon further order of this Court, all as indicated. No opinion. Concur—Tom, J.P., Sullivan, Rosenberger, Ellerin and Marlow, JJ.